UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| GREGORY C. MERRITT | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-691 |
| | § | |
| SGT. CORN | § | |

## FINAL JUDGMENT

On even date herewith, the Court granted the Motion for Summary Judgment of Defendant, James Corn.

**It is, therefore, ORDERED and ADJUDGED** that the Plaintiff, Gregory C. Merritt, take nothing, that his cause of action be **DISMISSED** on the merits and that the Defendant, James Corn, **RECOVER** of the Plaintiff, Gregory C. Merritt, his costs of action.

**DONE** at Galveston, Texas, this _____22nd_____ day of October, 2007.

John R. Froeschner
United States Magistrate Judge